No. 185. THOMAS W. STUBBLEFIELD, APPELLANT, v. LEE A. STUBBLEFIELD ET AL. Appeal from the Court of Appeals of the District of Columbia. July 28, 1910. Dismissed pursuant to the twenty-eighth rule. *Mr. James S. Easby-Smith* and *Mr. Howard Boyd* for appellant. *Mr. A. E. L. Leckie* and *Mr. Joseph W. Cox* for appellees.

---

No. 676. GEORGE MENGEL, PLAINTIFF IN ERROR, v. BLANCHE MENGEL ET AL. In error to the Supreme Court of the State of Iowa. August 19, 1910. Docketed and dismissed with costs. *Mr. Andrew Wilson* and *Mr. Noel W. Barksdale* for defendants in error. No one opposing.